# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEDRICK MATTHEWS

NO. 2021 KW 1101

**NOVEMBER 29, 2021**

---

In Re: Dedrick Matthews, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-14-0587.

---

**BEFORE: GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT